No. 73–1691. PARIS, DBA GENERAL SECURITY SERVICES, INC. v. WEDREN, DIRECTOR, DEPARTMENT OF COMMERCE, ET AL. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 73–1694. BRENNER v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 73–1695. ROSENBERG v. LAFFAL ET AL. C. A. D. C. Cir. Certiorari denied.

No. 73–1696. STAMATAKOS v. HUNTER SHIPPING CO., S. A. C. A. 3d Cir. Certiorari denied.

No. 73–1698. JACKSON v. NEW YORK CITY TRANSIT AUTHORITY. Ct. App. N. Y. Certiorari denied.

No. 73–1699. TRAVELERS INSURANCE CO. v. SHERIS. C. A. 4th Cir. Certiorari denied.

No. 73–1703. BOATEL, INC. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 5th Cir. Certiorari denied.

No. 73–1704. PETERSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–1706. PITT RIVER TRIBE v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 73–1707. COLLIER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 73–1712. LOCAL 445, INTERNATIONAL UNION OF ELECTRICAL, RADIO & MACHINE WORKERS, AFL–CIO v. SPERRY SYSTEMS MANAGEMENT DIVISION, SPERRY RAND CORP., ET AL. C. A. 2d Cir. Certiorari denied.